

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2014

No. 04-14-00755-CV

**IN RE** Oscar **BUSTOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On October 29, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than November 13, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 30th, 2014.              PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle
                         Clerk of Court

---

[1] This proceeding arises out of Cause No. 2007CI07181, styled *In the Interest of E.B. and O.S.B. II, Minor Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.